**Joyce BRANCH–WILLIAMS, Plaintiff—Appellant,**

v.

**William D. SPENCER, Clerk of the Board Merit System Protection Board; Ralph Torres, Deputy Assistant Secretary, Resolution Management Office of General Counsel (024) Department of Veterans Affairs; Eric K. Shinseki, Secretary of Veterans Affairs Department of Veterans Affairs, Defendants—Appellees.**

No. 10–1290.

United States Court of Appeals, Fourth Circuit.

Submitted: May 3, 2010.

Decided: May 19, 2010.

Joyce Branch–Williams, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before WILKINSON, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joyce Branch–Williams appeals the district court's order dismissing her complaint on the basis of res judicata and collateral estoppel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Branch–Williams v. Spencer,* No. 1:09–cv–02687–JFM, 2010 WL 231746 (D. Md. Jan. 13, 2010); Feb. 17, 2010. We also deny Branch–Williams' pending motions to expedite, for procedural and substantive relief, for emergency financial relief, and for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*